**NOT FOR PUBLICATION**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KAREEM GIBBS, | No. 16-9073 (SDW)(LDW) |
| Plaintiff, | |
| v. | **ORDER** |
| BERGEN COUNTY SHERIFF OFFICER JAMES ELLIOT, *et al.*, | |
| | September 29, 2017 |
| Defendants. | |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation ("R&R") entered on September 14, 2017 by Magistrate Judge Leda D. Wettre ("Judge Wettre"), recommending that Plaintiff's Complaint be dismissed without prejudice for a failure to prosecute. Neither Plaintiff nor Defendant filed an objection to the R&R.

This Court has reviewed the reasons set forth by Judge Wettre in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Wettre (Dkt. No. 20) is **ADOPTED** as the conclusions of law of this Court.

**SO ORDERED**.

                                                      s/ Susan D. Wigenton, U.S.D.J.

Orig: Clerk
cc: Parties
      Magistrate Judge Wettre